**Arthur SORIN and Henrietta A. Sorin, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 254, Docket 25325.**

United States Court of Appeals Second Circuit.

Argued April 10, 1959.

Decided Nov. 23, 1959.

Mason G. Kassel, Ralph L. Concannon, New York City (Lord, Day & Lord, New York City, of counsel), for petitioners.

Charles K. Rice, Asst. Atty. Gen.; Lee A. Jackson, Harry Baum, George W.

---

Beatty, Attorneys, Department of Justice, Washington, D. C., for respondent.

Before HINCKS, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Taxpayers petition for review of a Tax Court decision, reported at 29 T.C. 959, which held that certain corporate distributions were taxable as ordinary income under section 117(m) of the 1939 Internal Revenue Code, 26 U.S.C.A. § 117 (m). The facts are set forth at length in the Tax Court opinion. In Glickman v. C. I. R., 2 Cir., 1958, 256 F.2d 108, 110, and Burge v. C. I. R., 4 Cir., 1958, 253 F.2d 765, the facts were sufficiently similar to the facts here so as to require that here, as in those cases, the Tax Court be affirmed.

Decision affirmed.